Dear Judge Gleason,

Since my initial arrest in October of 2021, I've had a lot of time to reflect on the actions that got me where I am. Before my arrest, outside of my crimes, I was your typical family man that had what most strive for. A loving wife and kids, a well-paying job, the start of a savings for a house, and supportive and active relationship with my many relatives.

Through nobody else's fault but my own, as a consequence for my heinous actions, I have thrown away what most would see as a fairly successful life. But worse than the cost to myself, I've torn apart the lives around me. I've caused undue stress, and I can only assume a sense of shame towards me, to my father and brothers who have only ever shown me love and support. To my son and daughter, I've completely turned their young lives upside down. They have gone from having a normal mom and dad home life to only seeing dad behind glass and having to see their mother pick up the pieces.

To my wife, I have shattered an semblance of love and trust that she has held for me, or will likely hold for many for years to come. I have torn apart and completely upended a life and future we had both worked hard towards and forced her to pick up the remainder and put her life back together on her own.

But ultimately the one that has suffered most because of the despicable things I did, is C███. I have caused trauma that will last and affect most of her life in too many ways for me to describe here in this letter. There is nothing I can ever do to take back what I did. All I can do is say I'm sorry for my actions, but even that isn't sufficient.

As little as it may mean now to all the victims, but especially C███, I am truly sorry for all the trauma, suffering, and heartache I have caused, and I hope someday they can find it in themselves to forgive me. In no way is any time in jail or my apology enough to earn and deserve their forgiveness, but nonetheless, I hope they can.

Anytime I think about what I did, since being arrested, I become overwhelmed with shame and sadness for the life I threw away and the many lives I've affected for the worse. There is nothing I can do that will fix what I've done, but there are steps I can take to give myself another shot at having some semblance of a successful life after serving my prison sentence.

If you would be willing to make the recommendation to the BOP on my behalf, I would like to attend one of the Residential Sex Offender Treatment Programs at Englewood or Marion (depending on my sentence length as it will determine my classification). I'm not sure of the full process of this program, but I assume after completing the residential program, I would be transferred then to a non-residential program. At some point during my sentence, once I start having more free time to put towards other things, I plan on furthering my education using correspondence courses. I already have a field of study picked out that I would like to pursue.

In the past, as a hobby, I taught myself to write multiple computer languages. I would like to get an education in software engineering and design. I've always had a passion for things like building computers, 3D prints, and various aspects of game design. I would like to be able to turn this passion into a good career upon my release. This career choice would also allow me to work remotely which would be helpful as well to me as my family has property in Seldovia, Alaska, that I have been told I will be allowed to build myself a house on once I am released.

I have hoped for a successful future, even though I know it will take a lot of time and work to get there. I just hop you see the same potential I do. I probably don't deserve any leniency, and whatever sentence you see fit to impose, I will take in stride, but if you can find it within yourself and justify a sentence at the lower end of my sentence range, I would be eternally grateful. I would not squander a second chance at a successful and happy life outside of prison.

Thank you for your consideration.

Sincerely,

Michael V. Ross