

# THE STATE
## of ALASKA
GOVERNOR MICHAEL J. DUNLEAVY

# Department of Corrections

Division of Institutions
Anchorage Correctional Complex

1400 East 4th Avenue
Anchorage, Alaska 99501-2857
Main: 907-269-4100
Fax: 907-269-4208

January 2, 2024

To Whom It May Concern,

Michael Vernon Ross is currently employed as a painter at the Anchorage Correctional Complex West (Cook Inlet) facility. In that capacity, he is responsible for cleaning, prepping, cutting in and painting the walls, ceilings, desks and floors in the housing units. As part of a four person paint crew for the past quarter, Mr. Ross has served as the foreman on the team, under the direction of correctional staff. He is someone the other workers naturally look to due to his previous construction experience and knowledge. He appears to be a natural teacher and is willing to share his knowledge.

Mr. Ross is respectful, takes direction well, and appears to be dedicated toward producing the best possible result. He performs his assigned duties without urging or needing to be redirected, and is ready to go to work every morning without reminders.

It is worth noting that Mr. Ross appears to take great pride in the finished product. During Mr. Ross' participation on the paint crew, the majority of the housing units at ACCW were painted and repaired. We appreciate Mr. Ross's dedication toward improving living conditions for his fellow prisoners.

Sincerely,

Arnaldo Hernandez
Superintendent
Anchorage Correctional Complex

Case 3:22-cr-00092-SLG-KFR    Document 57-3    Filed 01/12/24    Page 1 of 12

January 3, 2023

TO:       Judge Sharon L. Gleason

FROM:    Ryan J. Ross
           █████████████
           Anchorage, Alaska 99515

RE:       Michael Vernon Ross

Dear Judge Gleason,

My name is Ryan Joseph Ross. I currently attend UAA as an undergraduate. I began going for a degree in Nursing and switched majors to Construction Management three years ago. I am on track to graduate next spring and currently work at the Tudor Home Depot. I am also a catechumen for Eastern Orthodoxy at The Holy Transfiguration Church off O'Malley.

I've known Michael my whole life. He is my older brother.

Growing up I always looked up to him. I am the second oldest brother. When he wasn't in the house, I would tease my little brothers a lot. Overtime, he taught me that being an older brother meant more than being big and mean. He taught me this by always helping me with schoolwork, sports, and working on my car. I have a plethora of stories about my older brother that would make a whole book. For brevities sake I will give a list of things he has taught me to do. He taught me how to change a transmission on a car, drop an engine, general car maintenance, how to hold a football, how to install a stereo in a car, how to operate heavy equipment such as a L-40, skid-steer, forklift, and a mini excavator, how to back up a trailer, how to operate a concrete cutting hydraulic saw, fix and install drywall, swim, and many other things. In learning all these things he was always very patient with me and was never annoyed with the many questions I asked him. Although I do not recognize it very often, that is his greatest virtue he's showed in our relationship.

Of all these things, the most prominent one that comes to mind is when he taught me how to work on cars. We spent many hours and late nights working under his Nissan and Ford Expedition to make sure he had a car. Even as the stress of wondering if he would have a car to make it to work so that he could provide for his family weighed on his mind, he took the time to teach me what it took to fix a car. Although I am not confident enough to replace an engine myself, I am more confident in taking time to solve car problems and think through it the way he taught me. Furthermore, when I am teaching others, I think of the stress he must've been under and the patience he had for me which helps me to be more patient myself.

Thank you so much for your time to read my letter,

*Ryan Ross*

Ryan Ross

January 3, 2023

TO:        Judge Sharon L. Gleason

FROM:      Keaton G. Ross
           ████████████████
           Anchorage, Alaska  99515

Dear Judge Gleason,

I am Keaton Ross.  I was born in Anchorage, Alaska.  I am Michael Vernon Ross' younger brother. I am currently a student in my 4th and final year at Fort Lewis College, in Durango, Colorado.  I'm scheduled to graduate in May. I am currently working as a CAN when I come back for breaks from college. I have worked as a CAN at pioneer home of anchorage for 1 year now and plan to work there until I get into a Physicians assistant program.

Michael has always been a good big brother. I have known Michael ever since I could remember.

Michael has always been there for no matter what. Sometimes I would struggle in school, or have a conflict with someone at school. Michael would always lend an ear and just listen.  He would also offer reasonable advice and tell me what he thought was best to do in any given situation. He cares for me and my other three brothers with all of his heart and would protect us with his own life. He hs always been a big help, if I ever had a question about cars, or anything mechanical I called him. He always picked up his phone, even if he couldn't talk he would pick up and say I will call you back in a bit just to let you know he was there. One time, my alternator in my car broke down when I was driving to Homer and I called him to ask what to do. He paid for a brand new alternator and immediately drove out 3 hours after he had worked a 12 hour shift, no questions asked. He not only replaced my alternator, but took me through every step of how to replace it. He shows this type of urgency to all of his family members and many of his coworkers and friends.

I have always felt like I could ask for help from Michael.  Michael has always been there to teach us things we needed to know for working in construction, and was always there to teach us, and to help us work on our cars, or anything else we needed help with.  Michael cares about us, and he always keeps everybody laughing.  If times are tough, he is there to talk with, or just be there to listen. Michael worked as concrete cutter for many years, and he would always show me his job sites that he worked at with immense joy and excitement. Michael asked questions about what I would study and school and show that same excitement and interest that he had in his own career. Michael would always want to spend time with family. I remember one summer he and I went out to play Pokémon Go every night and we would just reminisce about life and our childhood. We would crack jokes and laugh.

Michael is fun, caring and has a great sense of humor.  He has always been there if I needed help with anything. Michael will always be the first person I call when I run into a problem, and he will always be a caring and loving older brother as I have known him for my whole life.

Sincerely,

*Keaton Ross (signature)*

Keaton Ross

December 29, 2023

TO:          Judge Sharon L. Gleason
FROM:        Carl Waters
Re:          Michael Vernon Ross

SUBJECT:     Letter of Support

Dear Judge Gleason:

My name is Carl Waters. I live in Eagle River, Alaska. I am retired Air Force, and am the President and primary owner of Ancor, Inc., which is a construction company that was founded in 2001, here in Anchorage, Alaska. I have 3 adult children, and have been married to my wife Virginia, for 40 years.

Michael Ross worked for Ancor, Inc. for a few years from about 2010 till about 2014, on several different projects, and in several different capacities. He was a foreman on one of our projects, and was always a very pleasant employee. Michael's father, Joseph (Mike) Ross is currently my Chief Estimator and Construction Manager. I have known Michael, and his 3 brothers, and their mother, Carrie, also since about 2010.

Michael has many characteristics that were desirable to an employer. Michael was a reliable employee, and worked hard, with a good attitude. He was able to adapt, and seemed eager to learn new skills, as different projects required different skills and positions.

Michael always had a good sense of humor. However, when projects were tough, and schedules were tight, we could always count on him to go the extra mile for a project to be successful.

On one of our projects on Elmendorf, Michael was on the night shift, keeping the diesel heaters fueled up, to heat the temporary tent over the newly poured concrete foundations as the concrete was curing. A storm blew in during the middle of the night, and in the morning, on my drive to the project, I was expecting to find our tent blown away or destroyed, with the risk of our concrete foundation exposed to freezing temperatures during the curing process. When I arrived at the project, I found Michael smiling, and the temporary tent over the foundation intact. He had procured rope from the job conex, and spent the night creating a lattice of rope over the visqueen tent and lashing it down during the windstorm. Michael improvised with material that was onsite, and saved our foundation. This was just one example of things Michael did on the job, that made him a valuable employee. In addition to thinking on his feet, he was always interested in learning new skills, and being the best at his craft.

Another one of Michael's strengths, is that he works well with others. I've watched him spend time with his brothers, and also other coworkers, teaching them construction practices, regarding their duties and construction in general. Michael encourages and thrives in a family oriented environment, and was always a pleasure to have on our team.

Sincerely,

Carl Waters
President – Ancor, Inc.

January 3, 2024

From:

Stanley Savage

██████████████

Wasilla, Alaska, 99654

To: Judge Sharon Gleason

Re: Michael Vernon Ross

Dear Judge Gleason

My name is Stanley Savage. I live in Wasilla, Alaska. I am retired Air Force, and am currently an employee at Ancor, Inc., here in Anchorage, Alaska. I have 3 adult children, and have been married to my wife Elaine, for 35 years.

I first met Michael Ross in early 2009, at the Alaska Military Youth Academy. I was one of the instructors there at the time. I have also worked with Michael since 2009, in the construction industry, here at Ancor, Inc., as a co-worker, and as a supervisor.

Michael was a dependable employee, that worked hard, and was always pleasant to have on the crew.

Michael showed great effort to improve while attending the Alaska Military Youth Academy, and his discipline, and physical condition improved dramatically from the time he entered the Youth Academy, until he graduated from the Academy in the spring of 2009. He worked particulary hard at his proficiency in performing the group drills. His attitude was always very positive, and he was a pleasure to spend time with.

The Ross family has been a pleasure to know. They are very supportive of each each other as a family. Michael has extended his family to his coworkers, and he has always had a smile on his face when greeting me, and is supportive and encouraging to those around him.

I think some of Michael's positive characteristics as a person, include: hard working, caring, diligent, friendly, and very approachable. I truly wish him the best.

Sincerely,

Stanley Savage

November 20, 2023

TO:        Judge Sharon L. Gleason

FROM:      Gwendolyn L. Petron
           ███████████████

           Anchorage, Alaska  99502

Dear Judge Gleason:

I am Gwen Petron. I was born in Palmer, Alaska. I am the fiancé of Michael Vernon Ross' father. Michael's father is Joseph Ross, but goes by Mike. Michael Vernon Ross goes by Michael, at least around the family. I am basically Michael's step-mother, even though his father and I have not married yet. I first met Michael around 10 years ago, through work, but have gotten to know Michael on a more personal level since his father and I got together about 6 years ago. Michael's children call me Gramma Gwen, so now he's family.

Michael has always been very pleasant to be around, and to have at all of the family functions. Michael is very easy to talk to, and I have enjoyed his company.

I remember asking Michael if he would take his father hunting a couple of years ago. His father, Mike, was pretty stressed out from work, and I felt like he really needed a break. It was pretty easy talking Michael into taking his father hunting. He realized his father needed a break, and he did all he could to make it happen.

Anyway, Michael has a pretty big heart, and he is easy to talk to about life, challenges, or pretty much anything. He has been very helpful when we had things to accomplish, such as processing caribou meat, or if we needed help something simple, like moving a couch. Michael shows up with a smile, and asks what the plan is. He is a big, but gentle and caring person, and it makes you smile when you hear his voice and his laugh. He's usually the one that's trying to lighten a situation, or put something into perspective, if things get difficult, or there are unforeseen hurdles.

One time, Michael and his brothers installed a stereo in Mike's boat as a birthday present, and Michael was leading the charge. It was pretty fun the way Michael had everything ready, and I had access to the storage yard where the boat was. That is a fun memory, like many others.

Michael is a big part of the family, and we love him. It's always been nice to count on him for his support and encouragement, whether it's about work, car problems, holiday planning, or just about anything else that families do together.

I think that Michael's positive aspects are that he cares, he is approachable, and he encourages others, when he sees they may be having a difficult time, or if they just need help with anything at all.

Sincerely,

*Gwen Petron*

Gwen Petron (Ross-to-be)

January 4, 2024

From:

Dale Carlos

████████████

Eagle River, Alaska, 99577

To: Judge Sharon Gleason

Dear Judge Gleason:

My name is Dale Carlos. I live in Eagle River, Alaska. I am the owner of Carlos Tree Service, and am the Vice President of Ancor, Inc. I have 5 adult children, and have been married to my wife Cindy, for 40 years.

I first met Michael Ross around 2010, when he worked on our construction crews, here at Ancor, Inc. for a few years.

Michael was a good employee. He worked hard, and had a pleasant personality. He worked well with others, and was approachable and trainable.

Michael always showed up with a good attitude, and seemed interested in learning new skills. He had a pretty good sense of humor, and had a good attitude about work.

I have also known all of Michael's immediate family, and they are a fairly tight-knit group that like to spend time together, and help each other out.

Michael had positive characteristics that made him a valuable employee. Some of those characteristics were that he worked hard, and he liked to learn new things and to improve himself.

I wish him the best in the future.

Sincerely,

Dale Carlos

December 27 2023
To: Judge Sharon L. Gleason
From: Carrie G. Todd
Re: Michael Vernon Ross
Subject: Letter of Support

Dear Judge Gleason,

My name is Carrie Todd and I am Michael Ross' step-mother. His father and I were married for ten years. I remarried in 2019 to Michael Todd. I live with him and my three sons from my first marriage to Michael's father. I grew up in Oregon and graduated from Oregon State University with a degree in International Business and a minor in German. After having children, I made the decision to stay home. In 2012 I entered the field of education after earning my teaching certification. I was a German teacher for three years before earning a Master's in Special Education. I have been a special education teacher in Anchorage School District since 2015.

I have known Michael Ross since he was three years old when I moved to Alaska from Oregon. He is the oldest of my 4 boys. Even after divorcing Michael's father, he remains dear to me. We have a good relationship and he always checks on his brothers, and was part of many family gatherings.

I admire Michael as an older brother. Indeed, he was a typical older brother offering up any dares to his younger brothers mixed with doses of teasing and jokes. I could always count on Michael to watch out and care for his younger brothers. He kept them entertained at all times.

One time upon returning home from errands, I entered the house to see one of his little brothers hanging from the stairwell from a bungee cord and harness. I wanted to be angry, but all I could do was laugh. The boys were safe and happy. To this day, the boys are into rock climbing. Another time in the summer, Michael had hooked up the lounge chair to his bike and was pulling his brothers behind him around the block. Again, it was hard to be mad. After all, they were outside being active and not inside playing video games.

Michael has always been creative and ingenious. Another memory is when he had a milkshake stand. He felt milkshakes would sell better than lemonade. In order to market his product, he hooked up a microphone to his radio speaker and announced loudly for all to hear that milkshakes were for sale.

More recently Michael setup and learned how to use a 3-D Printer and create designs. For a couple of years, Michael and my oldest biological son worked together at a concrete cutting business. This can be dangerous; however, Michael always kept an eye on his brother. He would not let him do the more dangerous jobs until he felt he was ready. Michael also connected with his brothers through cars. He helped them with any necessary repairs and oil changes. He also showed one of his brothers how to change out an engine.

Michael continues to show an interest in learning new ideas and skills. He asks for new books and wants to start taking correspondence courses while incarcerated. His brother is writing a novel and seeks Michael's ideas and input.

Michael is a fun, good-natured, and creative. He cares for me and his brothers. He has always been thoughtful and willing to offer help and assistance when needed. He offers to his family a great sense of humor and a caring heart.

Signed,

*Carrie Todd*

Carrie Todd

(Michael Vernon Ross' Step-Mother)

November 20, 2023

TO:        Judge Sharon L. Gleason

FROM:     Joseph M. (Mike) Ross

RE:        Michael Vernon Ross

SUBJECT:  Letter of Support

Dear Judge Gleason:

My name is Joseph Michael Ross, and I am Michael Ross' father. I have always gone by my middle name, Mike. I live in Anchorage, and have been a Construction Manager in Alaska since 1993. I have 6 children, of which 3 are my biological children. I live with my fiance of 6 years, Gwen Petron. Gwen and I would have gotten married in August of 2020, however the Covid pandemic prompted us to put our wedding on hold, since almost nobody would have attended. I was born in Anchorage, Alaska, and grew up from 2nd grade through graduation, in Seldovia, Alaska. I then got my engineering degree from Oregon State University, immediately followed by my career in construction management in Alaska.

I have known Michael Ross, since birth. He is the oldest of all 6 of my children, and also the oldest of my 3 biological children. Gwen has 2 biological daughters, that consider me their stepfather. I have always found great happiness in being a father.

My description of Michael's positive characteristics, may indeed be a bit biased, since I am his father. Michael, in every sense of the word, has always had a very big heart. He is highly intelligent, with a wonderful sense of humor. Michael has always found joy in being able to fix, build, or repair things of a Mechanical nature, and he has spent hours teaching his little brothers, details of removing and installing car engines in at least 2 vehicles that he has owned. Michael played on hockey teams, from the age of 9 years old through about 17 years old, then he, his little brother Ryan, and myself played together on an adult hockey team, until the covid pandemic happened. Michael was always very good at being part of a team. He has had many friends while growing up, and it has always been a joy to re-live all of the memories of him growing up with his siblings, while at family get togethers. Michael's mother and I divorced when he was 3 years old, and physical custody of Michael went back and forth between his mother, and myself until he was 18. The mother of my next 3 children, was his stepmother from the time he was about 3 years old, and her and I married when he was about 7 years old. Her and I divorced when Michael was around 17 or 18. Michael has always had a very big heart, and did chores and kind things for his parents, grandparents, and siblings.

1

On one of our recent visits, I would say in the past month, I remember telling Michael that I was trying to stay in shape, so that we could still do outdoor things together when he gets out of incarceration. Michael has rarely been very down, or blue, in his life. You could usually count on him at family gatherings to be cracking jokes, and keeping conversation about happy and positive subjects. He has always had a magnetic smile, and infectious laugh. He affectionately calls me "old man", and would do anything for a friend or family in need.

Prior to having 2 biological children with his wife, Michael went through a phase of a couple of years, where he struggled to find steady employment, and ended up working various jobs and eventually getting an apartment. He was intent on getting married, rather than just living with the mother of his children. Michael got accepted into the International Union of Operating Engineers Local 302 Apprenticeship program, and graduated from that. He then changed careers and began working for a concrete cutting company in Anchorage, and became certified to operate all of their saws, and was even a foreman on out of town projects. Recently, during his incarceration at the Anchorage Jail, he has asked me to look into correspondence courses that he can take, and asked if I would help him get those courses. He has been employed for most of the time, since high school, and enjoys learning new skills. He has shown commitment, and an eagerness to learn new occupational skills.

I remember a few years ago, I was particularly tired and stressed out from the busy fall construction schedule, and my fiancé, Gwen, and Michael conspired for him to take me caribou hunting on a weekend. I was quite tired, but Michael assured me, he would get the 4 wheelers and hunting gear ready, and he would also do the driving. On that trip, I remember sitting up at night by the tent, looking at the northern lights and talking about the world, and life before going to sleep for the night. The next day, we each got a caribou, and we returned home after the hunting trip, and I felt rejuvenated.

Michael is my oldest son, and I believe that he has a huge heart, and his positive outlook on life, and his willingness to do things for other people, and to make people smile or laugh when he knows they are going through a hard time, are his greatest attributes.

Signed-

Joseph (Mike) Ross
(Michael Vernon Ross' Father)

2

From,
Ron Tingook
████████████████
Anchorage, AK 99517

To,
Honorable Judge Sharon L. Gleason
United States District Judge, Anchorage


Dear Judge Gleason,

I'm Ron Tingook, Michael's uncle; that is, my elder brother Mike Ross (technically my step-brother) is Michael's father. I live with my wife and son in Anchorage, was born and raised in Alaska, have a Ph.D. in geology, and currently work for the State's Division of Oil and Gas. I'm also very active in the Bahá'í community of Alaska, was elected as one of nine members of the National Spiritual Assembly of the Bahá'ís of Alaska, and currently serve as the National Treasurer of Alaska's Bahá'í community.

I've known Michael since his birth, affectionately call him "littlefoot" or "little Michael" and have a special connection with him in that we share a birthday (Aprill 22). We have a strong bond that I know will remain throughout our lives.

Michael is gentle, unpretentious, offers a pleasant smile and is quick to laugh. He is accepting of others, selfless, helpful, and never have I seen in him a combative nature. His gentleness, I believe, is founded on his acquiescent nature—he has always been one to accept the situation he is in and to make the most of it. I've recognized his gentleness since his early childhood. Specifically, I remember feeling anxious about joining my brother and little Michael for a drive out to the Oregon coast when my brother was attending Oregon State University, thinking that my toddler nephew would be uncomfortable and fussy. He was far otherwise! He sat quietly, only cried when he wanted his bottle, and laughed a lot. I remember being amazed that such a young child laughed so much—was it common for toddler to be so giggly, I wondered, having had little experience with children then. That lion-hearted and happy kiddo remains in Michael today. There are many aspects about Michael that I am proud of and encourage him to be proud about, but I'm most happy that he is an upstanding person who creates and maintains strong relationships and is a dedicated and trusted friend.

I returned to Alaska in 2020 after a dozen years living out of state. When I reconnected with Michael in person, he was working on a job downtown not far from my office and he and I enjoyed lunch together when our schedules allowed. I was shopping for winter tires at the time and, true to his selflessness, he offered to assist however he could. His gentle presence and ever-ready hand of assistance are living evidence of a true friend.

I would like to close by saying that I am willing to assist however I am able.


With appreciation for you time and consideration,

*Ron Tingook*

Ron Tingook